UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORA FERNÁNDEZ; AUGUSTO SCHREINER; EDDIE TORO VELEZ; VICTOR R. VELA DIEZ DE ANDINO; JUAN VIERA; GEORGINA VELEZ MONTES; and ESTHER SANTANA, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

UBS AG; UBS FINANCIAL SERVICES, INC.; UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; UBS BANK USA; CARLOS V. UBIÑAS; MIGUEL A. FERRER; BANCO POPULAR de PUERTO RICO; and POPULAR SECURITIES, LLC,

*Defendants*.

---

No. 15 Civ. 2859 (SHS)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please remove James F. Ianelli from the Court's service list for this action. Sullivan & Cromwell LLP continues to serve as counsel in this case for Defendants Banco Popular de Puerto Rico and Popular Securities, LLC through its attorneys Myla G. Arumugam, Matthew A. Schwartz and Joseph E. Neuhaus.  Please direct all future correspondence and papers in this action to them.

- 2 -

                                                Respectfully submitted,

Dated:     New York, New York
              January 15, 2016

                                                <u>/s/ Joseph E. Neuhaus</u>
                                                Joseph E. Neuhaus
                                                SULLIVAN & CROMWELL LLP
                                                125 Broad Street
                                                New York, New York  10004
                                                (212) 558-4000 (telephone)
                                                (212) 558-3588 (facsimile)
                                                neuhausj@sullcrom.com

                                                *Attorney for Defendants Banco Popular de Puerto Rico and Popular Securities, LLC*