UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2016

----------------------------------x

NORA FERNÁNDEZ; AUGUSTO SCHREINER;
EDDIE TORO VELEZ; VICTOR R. VELA DIEZ
DE ANDINO; JUAN VIERA; GEORGINA
VELEZ MONTES; and ESTHER SANTANA, on
behalf of themselves and all others similarly
situated,

                *Plaintiffs*,

v.

UBS AG; UBS FINANCIAL SERVICES, INC.;
UBS FINANCIAL SERVICES INCORPORATED
OF PUERTO RICO; UBS TRUST COMPANY OF
PUERTO RICO; UBS BANK USA; CARLOS V.
UBIÑAS; MIGUEL A. FERRER; BANCO
POPULAR de PUERTO RICO; and POPULAR
SECURITIES, LLC,

                *Defendants*.

----------------------------------x

No. 15 Civ. 2859 (SHS)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please remove James F. Ianelli from the Court's service list for this action.

Sullivan & Cromwell LLP continues to serve as counsel in this case for Defendants Banco Popular de Puerto Rico and Popular Securities, LLC through its attorneys Myla G. Arumugam, Matthew A. Schwartz and Joseph E. Neuhaus. Please direct all future correspondence and papers in this action to them.

Respectfully submitted,

Dated:   New York, New York
         January 15, 2016

/s/ Joseph E. Neuhaus
Joseph E. Neuhaus
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)
neuhausj@sullcrom.com

*Attorney for Defendants Banco Popular de Puerto Rico and Popular Securities, LLC*

SO ORDERED 1/19/2016

SIDNEY H. STEIN
U.S.D.J.

- 2 -