UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORA FERNANDEZ et al., on behalf of
themselves and all others similarly situated,

                Plaintiffs,

    -against-

UBS AG et al.,

                Defendants.
------------------------------------------------------------x

15-Cv-02859 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/18

SIDNEY H. STEIN, U.S.D.J.

    In an Opinion and Order dated today, the Court denied plaintiffs' motion for class certification (ECF No. 174) and dismissed as moot defendants' motion in limine filed March 13, 2018 (ECF No. 200). Still pending are the parties' motions in limine filed August 23, 2018. (ECF Nos. 234, 237, 239, 241.)

    IT IS HEREBY ORDERED that the pending motions in limine, (ECF Nos. 234, 237, 239, 241), are also DISMISSED as moot.

Dated:    New York, New York
           September 17, 2018

SO ORDERED:

Sidney H. Stein, U.S.D.J.